CLOSED

# U.S. District Court
## Southern District of Ohio (Columbus)
### CIVIL DOCKET FOR CASE #: 2:04-cv-01058-JDH-MRA

05cv10254 PBS

Groves v. Pfizer, Inc. et al
Assigned to: John D. Holschuh
Referred to: Mark R. Abel
Cause: 28:1446 Petition for Removal

Date Filed: 11/03/2004
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Rebecca Groves**
*on behalf of herself and all other similarly situated in the State of Ohio*

represented by **Charles Horne Cooper, Jr.**
Cooper & Elliott - 2
2175 Riverside Drive
Columbus, OH 43221
614-481-6000
Fax: 614-481-6001
Email: chipc@cooperelliott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Mathew Kitrick**
Kitrick & Lewis Co LPA - 2
515 E Main Street
Suite 515
Columbus, OH 43215
614-224-7711
Fax: 614-225-8985
Email: mkitrick@kitricklaw.com
*ATTORNEY TO BE NOTICED*

**Mark D Lewis**
Kitrick & Lewis Co LPA - 2
515 E Main Street
Suite 515
Columbus, OH 43215
614-224-7711
Email: mlewis@kitricklaw.com
*ATTORNEY TO BE NOTICED*

**Rex H Elliott**
Cooper & Elliott - 2
2175 Riverside Drive
Columbus, OH 43221

          614-481-6000
          Fax: 614-481-6001
          Email: rexe@cooperelliott.com
          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**       represented by  **James P Rouhandeh**
*c/o CT Corporation System*           Davis Polk & Wardwell
          450 Lexington Avenue
          New York, NY 10017
          Email: rouhandeh@dpw.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Ralph Streza**
          Porter Wright Morris & Arthur
          925 Euclid Avenue
          Suite 1700
          Cleveland, OH 44115-1483
          216-443-9000
          Fax: 216-443-9011
          Email: rstreza@porterwright.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Warner Lambert Company**     represented by  **James P Rouhandeh**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Ralph Streza**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**       represented by  **James P Rouhandeh**
*a Division of Warner Lambert Company*       (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Ralph Streza**
          (See above for address)
          *LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 11/03/2004 | 1 | NOTICE OF REMOVAL filed by Defendants Pfizer, Inc., Warner Lambert Company, and Parke-Davis from Complaint filed by Plaintiff Rebecca Groves from Franklin County Common Pleas Court, case number 04-CVH-09-10032. ( Filing fee $ 150.00 ). (Attachments: # 1 State Court File)(dms ) (Entered: 11/04/2004) |
| 11/03/2004 | | Filing fee: $ 150.00, receipt number 200 243979 (dms ) (Entered: 11/04/2004) |
| 11/03/2004 | 2 | CERTIFICATE OF COMPLIANCE filed by Defendants Parke-Davis, Pfizer, Inc., and Warner Lambert Company re 1 Notice of Removal. (dms ) (Entered: 11/04/2004) |
| 11/03/2004 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Defendants Parke-Davis, Pfizer, Inc., and Warner Lambert Company. (dms ) (Entered: 11/04/2004) |
| 11/03/2004 | 4 | NOTICE OF DOCKETING IN REMOVAL. (dms ) (Entered: 11/04/2004) |
| 11/09/2004 | 5 | STIPULATION for extension of time to answer. New date is 11/29/04. Filed by Plaintiff Rebecca Groves, Defendants Parke-Davis, Pfizer, Inc., Warner Lambert Company. (This document originally filed by atty Ralph Streza and was modified by clerk on 11/12/04 to change the docketing event code.) (sln, ) (Entered: 11/12/2004) |
| 11/17/2004 | 6 | MOTION to Remand by Plaintiff Rebecca Groves. (Cooper, Charles) (Entered: 11/17/2004) |
| 11/22/2004 | | State court file received. (dms) (Entered: 11/22/2004) |
| 11/22/2004 | 7 | MOTION for Leave to Appear Pro Hac Vice *of James P. Rouhandeh* by Defendant Pfizer, Inc.. (Attachments: # 1)(Streza, Ralph) (Entered: 11/22/2004) |
| 11/23/2004 | | Filing fee: $ 50.00, receipt number 200 244233 for James Paul Roughandeh's application for PHV. (dms ) (Entered: 11/23/2004) |
| 11/24/2004 | 8 | ORDER Granting 7 James Rouhandeh's Motion for Leave to Appear PHV on behalf of dfts' Pfizer Inc, Warner-Lamber, and Parke-Davis. Signed by Judge Mark R. Abel on 11/24/04. (sln, ) (Entered: 11/24/2004) |
| 11/24/2004 | 9 | MOTION to Stay *Pending Transfer by the Judicial Panel on Multidistrict Litigation* by Defendants Pfizer, Inc., Warner Lambert Company, Parke-Davis. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Streza, Ralph) (Entered: 11/24/2004) |

| 11/26/2004 | 10 | NOTICE of Hearing: Preliminary Pretrial Conference set for 2/24/2005 @ 11:00 AM before Mark R. Abel. (Attachments: # 1 Gen Order on Pretrial# 2 Order on Settl Wk# 3 Rule 26 F)(sh, ) (Entered: 11/26/2004) |
| --- | --- | --- |
| 11/29/2004 | 11 | MOTION for Extension of Time New date requested 12/20/2004. by Defendants Pfizer, Inc., Warner Lambert Company, Parke-Davis. (Attachments: # 1 Exhibit)(Streza, Ralph) (Entered: 11/29/2004) |
| 12/01/2004 | 12 | ORDER granting 11 Motion for Extension of Time in which to answer or otherwise respond to Plaintiff's Complaint. Answer to be filed on or before 12/20/04. Signed by Judge Mark R. Abel on 12/01/04. (dms ) (Entered: 12/01/2004) |
| 12/07/2004 | 13 | RESPONSE in Opposition re 6 MOTION to Remand filed by Defendants Pfizer, Inc., Warner Lambert Company, Parke-Davis. (Streza, Ralph) (Entered: 12/07/2004) |
| 12/10/2004 | 14 | RESPONSE in Opposition re 9 MOTION to Stay *Pending Transfer by the Judicial Panel on Multidistrict Litigation* filed by Plaintiff Rebecca Groves. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Cooper, Charles) (Entered: 12/10/2004) |
| 12/15/2004 | 15 | Third MOTION for Extension of Time to File Answer New date requested 1/10/2005. by Defendants Warner Lambert Company, Parke-Davis, Pfizer, Inc.. (Streza, Ralph) (Entered: 12/15/2004) |
| 12/16/2004 | 16 | REPLY to Response to Motion re 6 MOTION to Remand filed by Plaintiff Rebecca Groves. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Cooper, Charles) (Entered: 12/16/2004) |
| 12/16/2004 | 17 | RESPONSE in Opposition re 15 Third MOTION for Extension of Time to File Answer New date requested 1/10/2005. filed by Plaintiff Rebecca Groves. (Cooper, Charles) (Entered: 12/16/2004) |
| 12/16/2004 | 18 | ORDER granting 15 Defendants' Motion for Extension of Time to Answer or otherwise respond to Plaintiff's Complaint. Defendant are to file an answer on or before 1/10/05. Signed by Judge Mark R. Abel on 12/16/04. (dms ) (Entered: 12/16/2004) |
| 12/21/2004 | 19 | REPLY to Response to Motion re 9 MOTION to Stay *Pending Transfer by the Judicial Panel on Multidistrict Litigation* filed by Defendants Warner Lambert Company, Parke-Davis, Pfizer, Inc.. (Attachments: # 1 Exhibit A)(Streza, Ralph) (Entered: 12/21/2004) |
| 01/05/2005 | 20 | Fourth MOTION for Extension of Time to File Answer New date requested 1/31/2005. by Defendants Warner Lambert Company, Parke-Davis, Pfizer, Inc.. (Streza, Ralph) (Entered: 01/05/2005) |
| 01/06/2005 | 21 | ORDER granting 20 Defendants' Motion for Extension of Time to file Answer or otherwise Response to Plaintiff's Complaint. Defendants to file an answer or other respond on or before 1/31/05. Signed by Judge Mark |

|  |  | R. Abel on 01/06/05. (dms ) (Entered: 01/06/2005) |
|---|---|---|
| 01/26/2005 | 22 | Fifth MOTION for Extension of Time to File Answer New date requested 2/22/2005. by Defendants Warner Lambert Company, Parke-Davis, Pfizer, Inc.. (Attachments: # 1 Exhibit A)(Streza, Ralph) (Entered: 01/26/2005) |
| 01/27/2005 | 23 | ORDER granting 22Defendants' Motion for Extension of Time to Answer Plaintiff's Complaint. Defendants to answer or otherwise respond on or before 2/22/05. Signed by Judge Mark R. Abel on 01/27/05. (dms) (Entered: 01/27/2005) |
| 02/07/2005 | 24 | ORDER. Certified Order from MDL Panel tranferring case. (dms) (Entered: 02/08/2005) |

### PACER Service Center
#### Transaction Receipt

02/08/2005 12:00:50

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 2:04-cv-01058-JDH-MRA |
| Billable Pages: | 3 | Cost: | 0.24 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT DIV. C.A.#**

ILLINOIS CENTRAL
   ILC   4  04-4087     Randall J. Veys v. Pfizer, Inc., et al. ✓

ILLINOIS NORTHERN
   ILN   1  04-7031     Leonard Olsen v. Pfizer, Inc., et al. ✓

INDIANA SOUTHERN
   ~~INS   1  04-1956~~     ~~Susan Hotseller v. Pfizer, Inc., et al.~~    Opposed 2/2/05

KENTUCKY WESTERN
   KYW   5  04-213     Betty Carter, et al. v. Pfizer, Inc., et al. ✓

MICHIGAN EASTERN
   MIE   2  04-74258     Midwest Health Plan, Inc. v. Pfizer, Inc., et al. ✓

MISSOURI WESTERN
   MOW   6  04-3539     Fred Reiss v. Pfizer, Inc., et al. ✓

NEW YORK NORTHERN
   NYN   1  04-1301     Stephanie Baron v. Pfizer, Inc. ✓

OHIO SOUTHERN
   OHS   2  04-1058     Rebecca Groves v. Pfizer, Inc., et al. ✓